```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 25622
   JEANNIE L SPOOR
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-9239
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 09/26/08 .

   2. Case reassigned to Marilyn Marshall, Trustee, 12/03/2008.

   3. The Debtor paid a total of $    453.96 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MARSHALL & ISLEY BANK | SECURED | .00 | .00 | .00 |
| MARSHALL & ISLEY BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 429.90 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CATHERINE/TAPE REPORT | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION SERVICES CENT | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED ADJUSTMENT S | UNSECURED | NOT FILED | .00 | .00 |
| KHURSHEED AHMED | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL SERVICE BUREAU, | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAG PATHOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| RMCB | UNSECURED | NOT FILED | .00 | .00 |
| ROSECRANCE ON HARRISON | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY EMERGENCY PHY | UNSECURED | NOT FILED | .00 | .00 |
| VHS OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |

```
VILLAGE OF HOFFMAN ESTAT  UNSECURED        NOT FILED              .00           .00
WELLINGTON RADILOGY GROU  UNSECURED        NOT FILED              .00           .00
      Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00           .00
PRINCIPAL PAID      429.90          .00          .00          .00        429.90
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID          429.90          .00          .00          .00        429.90
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $        .00
and was paid $         .00 .

The Trustee received $      24.06 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE