UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              Case No. 08 B 25622

    Jeannie L Spoor

        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2008.

2) The plan was confirmed on 03/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/03/2012.

5) The case was Completed on 04/19/2013.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $82,900.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $40,416.91 |
| Less amount refunded to debtor | $2,916.98 |

**NET RECEIPTS:** $37,499.93

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,825.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,054.82 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,879.82

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advantage Assets, Inc | Unsecured | 8,095.00 | 8,095.69 | 8,095.69 | 1,766.32 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 1,085.34 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 26,883.00 | 26,883.36 | 26,883.36 | 5,865.41 | 0.00 |
| Citibank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CitiFinancial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CitiMortgage Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Collection Service Center | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Interchange | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Debt Credit Service | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dr Khursheed Ahmend | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 13,312.00 | 13,029.28 | 13,029.28 | 2,842.73 | 0.00 |
| Fifth Third Bank | Unsecured | 25,740.00 | 25,740.27 | 25,740.27 | 5,616.01 | 0.00 |
| GC Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Global Credit And Collections | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Secured | 12,083.56 | 12,083.56 | 12,083.56 | 10,169.48 | 836.27 |
| GMAC Auto Financing | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Good Shepherd Hospital | Unsecured | 232.29 | NA | NA | 0.00 | 0.00 |
| Guranty Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Household Retail Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 11,331.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 775.00 | 775.00 | 775.00 | 0.00 |
| Internal Revenue Service | Priority | NA | 1,737.30 | 1,737.30 | 1,737.30 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 241.83 | 241.83 | 52.76 | 0.00 |
| James M Philbrick | Secured | 650.00 | 650.00 | 650.00 | 650.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 552.42 | 552.42 | 120.53 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 188,497.00 | 187,728.64 | 187,728.64 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 188,497.00 | 100.00 | 100.00 | 100.00 | 0.00 |
| Kohl's/Kohl's Dept Stores | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LaSalle Home Mortgage Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LTD Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| M & T Mortgage Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Marshall & Ilsley Bank | Secured | 20,481.00 | ( 340.00) | 0.00 | 0.00 | 0.00 |
| Marshall & Ilsley Bank | Secured | 20,481.00 | 20,159.26 | 20,159.26 | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 23.80 | NA | NA | 0.00 | 0.00 |
| Midwest Heart Specialists | Unsecured | 49.20 | 49.20 | 49.20 | 10.73 | 0.00 |
| NBGL-Carsons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 33.20 | NA | NA | 0.00 | 0.00 |
| OSI Collection Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Paetec Communication | Unsecured | 93.00 | 93.19 | 93.19 | 20.33 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 9,923.52 | 10,480.54 | 10,480.54 | 2,286.64 | 0.00 |
| Provident Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 307.00 | 307.56 | 307.56 | 67.10 | 0.00 |
| Recovery Management Systems Corp | Unsecured | 2,015.00 | 2,015.69 | 2,015.69 | 439.78 | 0.00 |
| Retail Recovery Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 16.90 | NA | NA | 0.00 | 0.00 |
| Rosecrance Inc | Unsecured | 11,163.91 | 1,057.89 | 1,057.89 | 230.81 | 0.00 |
| Sprint Nextel | Unsecured | 151.00 | 150.83 | 150.83 | 32.91 | 0.00 |
| Sunrise Credit Services, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tri County Emer Physician Ltd | Unsecured | 31.20 | NA | NA | 0.00 | 0.00 |
| VHS Genesis Labs Inc | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Village of Hoffman Estates | Unsecured | 79.76 | NA | NA | 0.00 | 0.00 |
| Wellington Radiology | Unsecured | 39.20 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $207,887.90 | $0.00 | $0.00 |
| Mortgage Arrearage | $100.00 | $100.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $12,733.56 | $10,819.48 | $836.27 |
| **TOTAL SECURED:** | **$220,721.46** | **$10,919.48** | **$836.27** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,512.30 | $2,512.30 | $0.00 |
| **TOTAL PRIORITY:** | **$2,512.30** | **$2,512.30** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,697.75** | **$19,352.06** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,879.82 |
| Disbursements to Creditors | $33,620.11 |
| **TOTAL DISBURSEMENTS:** | **$37,499.93** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/20/2013                               By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**